UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIAL PABLO MUNOZ,<br><br>　　　　Petitioner,<br><br>v.<br><br>TIMOTHY S. ROBBINS, et al.,<br><br>　　　　Respondents. | No. 1:26-cv-00751-DJC-AC<br><br><br>ORDER |

　　　　Petitioner Marcial Pablo Munoz is an immigration detainee proceeding with a First Amended Petition for Writ of Habeas Corpus (ECF No. 2) and Motion for Temporary Restraining Order (ECF No. 3). The Court has previously addressed the legal issues raised in the sole count of the Petition. *See Garcia Mariagua v. Chestnut*, No. 1:25-cv-01744-DJC-CSK, 2025 WL 3551700 (E.D. Cal. Dec. 11, 2025); *Ortega v. Noem*, No. 1:25-cv-01663-DJC-CKD, 2025 WL 3511914 (E.D. Cal. Dec. 8, 2025); *Lopez v. Lyons*, 2025 WL 3124116, No. 2:25-cv-03174-DJC-CKD (E.D. Cal. Nov. 7, 2025).

　　　　The Court informed the parties that it intended to rule directly on the petition and ordered respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders. (ECF No. 9.) Respondents acknowledge that they "do not have legal arguments to distinguish this case from previous orders issued by the Court, nor do Respondents identify material factual differences between this case and those identified by the Court in the Order to

Show Cause." (ECF No. 10 at 2.) Respondents did ask that the Court "hold its decision on the habeas in abeyance" pending the decision of two cases before the Ninth Circuit. (*Id.* at 2.) Given the limited nature of Respondents' Opposition, the Court will instead proceed to enter an order ruling on the merits.

Accordingly, as Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the First Amended Petition for Writ of Habeas Corpus (ECF No. 2) is GRANTED, for the reasons stated in those prior orders.

Respondents are ORDERED to immediately release Petitioner Marcial Pablo Munoz from their custody. Respondents shall not impose any additional restrictions on Petitioner, unless that is determined to be necessary at a future pre-deprivation/custody hearing. Respondents are permanently ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change of circumstances necessitating Petitioner's arrest and detention, and a timely hearing. At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have their counsel present.

The Clerk of the Court is directed to close this case and enter judgment for Petitioner. This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:  **February 6, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE